1  BENJAMIN B. WAGNER
   United States Attorney
2  TODD A. PICKLES
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5
   Attorneys for Federal Defendants
6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 | AMAREZE AGUILERA; JOHN DUERKSEN, JR.; GENE DUERKSEN; ANGELICA DUERKSEN; JOSEPH DUERKSEN; GIOVANNA DUERKSEN; ROGETTE DUERKSEN Guardian ad Litem; | Case No. 2:11-CV-03402 MCE (DAD)
12 | |
13 | | **NOTICE OF SUBSTITUTION OF THE UNITED STATES OF AMERICA AS FEDERAL DEFENDANT; ORDER THEREON**
14 | |
15 |                 Plaintiffs, |
   | v. | **[28 U.S.C. § 2679(d)]**
16 | |
17 | LINDHURST FAMILY HEALTHCARE; DEL NORTE CLINICS, INC.; RIDEOUT MEMORIAL HOSPITAL; FREMONT MEDICAL CENTER; KAREN DE AQUINO; HARI GOVAL; ROBERT PLASS; JAMES TURNER, |
18 | |
19 | |
20 |                 Defendants. |
21

22  TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

23       PLEASE TAKE NOTICE THAT, pursuant to the certification of federal employment filed on

24  December 22, 2011 [Dckt. No. 1-2], the United States of America is hereby substituted by operation of

25  section 2679(d)(2) of Title 28 of the United States Code, as defendant in place of defendants Lindhurst

26  Family Healthcare, Del Norte Clinics Inc., Karen DeAquino, and Hari Goval.

27  //

28

Notice of Substitution of United States
of America as Federal Defendant                    1

PLEASE TAKE FURTHER NOTICE THAT, pursuant to 28 U.S.C. § 2679(d), the claims against Lindhurst Family Healthcare; Del Norte Clinics Inc.; Karen DeAquino, and Hari Goval, acting in their official capacities will be dismissed with prejudice.

Respectfully submitted,

Date:   January 5, 2012

BENJAMIN B. WAGNER
United States Attorney

*/s/ Todd Pickles*
By: TODD PICKLES
Assistant United States Attorney

## ORDER

This matter came before the Court on the Certification of Scope of Federal Employment filed by the United States Attorney's Office for the Eastern District of California.  Pursuant to the Federal Tort Claims Act, 28 U.S.C., §§ 2671-2680, and the provisions of the Federally Supported Health Centers Assistance Act of 1992, 42 U.S.C. § 233.

IT IS HEREBY ORDERED THAT the United States of America is SUBSTITUTED as the proper party defendant in place of defendants Lindhurst Family Healthcare, Del Norte Clinics, Inc., Dr. Karen De Aquino and Dr. Hari Goval, acting in their official capacities.

IT IS FURTHER ORDERED THAT the claims against Lindhurst Family Healthcare, Del Norte Clinics, Inc.,  Dr. Karen De Aquino and Dr. Hari Goval are DISMISSED with prejudice pursuant to its official immunity under the Federal Tort Claims Act, 28 U.S.C., §§ 2671-2680.

IT IS SO ORDERED.

Dated:  January 10, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE